**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

OMAR ANDERSON,

                    Petitioner,                    19 **CIVIL** 2908 (NSR) (JCM)

        -against-                                  **JUDGMENT**

EARL BELL,

                    Respondent.
-------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated April 14, 2026, the Court adopts MJ McCarthy's R

& R in its entirety. Petitioner has failed to demonstrate that any of the state court decisions were

contrary to, or involved an unreasonable application of, clearly established federal law as

determined by the United States Supreme Court, or were unreasonable determination of the facts

in light of the evidence presented in the state court proceedings. Accordingly, the petition is

deemed DISMISSED and the case is closed.

**DATED:**  New York, New York
            April 15, 2026

                                        **TAMMI M. HELLWIG**
                                        _____
                                        **Clerk of Court**

                        BY:
                                        _____
                                        **Deputy Clerk**